# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of June, two thousand twenty-one.

_____

Jonathan Jose Logan Ledesma,

        Petitioner,

v.

Merrick B. Garland, United States Attorney General,

        Respondent.

_____

**ORDER**

Docket No. 20-1667

Petitioner moves to voluntarily dismiss this petition for review without costs to either side. Respondent consents to this request.

IT IS HEREBY ORDERED that the motion to dismiss is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

